IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOAO BOCK TRANSACTION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ONLINE RESOURCES CORP.,**<br><br>Defendant. | CASE NO. 8:13CV245<br><br><br>REASSIGNMENT ORDER |
| **ONLINE RESOURCES CORPORATION, and ACI WORLDWIDE, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOAO BOCK TRANSACTION SYSTEMS, LLC,**<br><br>Defendant. | CASE NO. 8:13CV231<br><br><br>ORDER |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:13CV245, *Joao Bock Transaction Systems, LLC, v. Online Resources Corp.*, is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 20th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge