IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ONLINE RESOURCES CORPORATION and ACI WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JOAO BOCK TRANSACTION SYSTEMS, LLC, <br><br> Defendant. | 8:13CV231 <br><br> ORDER |
| JOAO BOCK TRANSACTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ONLINE RESOURCES CORP., <br><br> Defendant. | 8:13CV245 |

This matter is before the court on the parties' Joint Motion to Re-Set the Markman Hearing (Filing No. 100 in Case 8:13CV231 and Filing No. 116 in Case 8:13CV245). The parties seek a three-month continuance to allow for additional discovery and accommodate the press of other business. Upon good cause shown the motion is granted as set forth below.

**IT IS ORDERED**:

1. The parties' Joint Motion to Re-Set the Markman Hearing (Filing No. 100 in Case 8:13CV231 and Filing No. 116 in Case 8:13CV245) is granted.

2. A *Markman* hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska, U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, commencing at **9:00 a.m. on February 26, 2015**.

3.	Within **ten business days** following the court's ruling on claim construction, counsel for JBTS shall initiate a telephone planning conference with all parties and the undersigned magistrate judge in order to schedule this matter to trial.

Dated this 28th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge