IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ONLINE RESOURCES CORPORATION, ACI WORLDWIDE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Defendant. | **8:13CV231** |
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONLINE RESOURCES CORP.,<br><br>Defendant. | **8:13CV245**<br><br>**ORDER** |

This matter is before the Court on its own motion. In light of the pending motion to stay the patent proceedings, the court finds the Markman hearing presently set for February 26, 2015 at 9:00 a.m., should be cancelled pending resolution of the motion to stay.

IT IS HEREBY ORDERED that the Markman hearing set for February 26, 2015 at 9:00 a.m. is cancelled.

DATED this 11th day of February, 2015.

BY THE COURT:

    s/Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge