**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ONLINE RESOURCES CORP. and ACI WORLDWIDE, INC., | **Case No. 8:13-cv-231** |
| Plaintiffs, | |
| v. | **MOTION TO DISMISS WITH PREJUDICE** |
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Defendant. | |

COME NOW, Plaintiffs Online Resources Corporation and ACI Worldwide, Inc. and hereby move the Court for an Order dismissing this lawsuit with prejudice, each party to bear its own attorney fees and costs, because the parties have resolved their disputes.

WHEREFORE, Plaintiffs Online Resources Corporation and ACI Worldwide, Inc. respectfully request that the Court entered an Order dismissing with prejudice all claims asserted in the above-captioned action, with each party to bear its own attorney fees and costs.

DATED this 29th day of January 2016.

> Online Resources Corp. and ACI Worldwide, Inc., Defendants,
>
> BY: *Gregory C. Scaglione*
>         Gregory C. Scaglione, #19368
>         Daniel J. Fischer, #22272
>         Patrice D. Ott, #24435
>         KOLEY JESSEN, P.C., L.L.O.
>         1125 South 103rd Street, Suite 800
>         Omaha, NE 68124-1079
>         (402) 390-9500
>         (402) 390-9005 (facsimile)
>         Greg.Scaglione@koleyjessen.com
>         Dan.Fischer@koleyjessen.com
>         Patrice.Ott@koleyjessen.com
>
> *Attorneys for Online Resources Corporation and ACI Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2016 I caused the above to be electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to the following:

Maureen V. Abbey
HENINGER GARRISON DAVIS, LLC
220 St. Paul Street
Westfield, New Jersey 07090
maureen@hgdlawfirm.com
PG_JBTS@hgdlawfirm.com

David J. Koukol
KOUKOL & JOHNSON, LLC
12020 Shamrock Plz., Suite 333
Omaha, Nebraska 68154
dkoukol@westomahalaw.com

Steven W. Ritcheson
INSIGHT, PLC
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
switcheson@insightplc.com

*Gregory C. Scaglione*