# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ONLINE RESOURCES CORP. and ACI WORLDWIDE, INC., | Case No. 8:13-cv-231 |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Defendant. | |

THIS MATTER comes before the Court on the Motion for Dismissal with Prejudice of Plaintiffs ACI Worldwide, Inc. and Online Resources Corp. seeking to dismiss this lawsuit with prejudice (including all claims and counterclaims). The Court is advised the parties have resolved their disputes.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that this lawsuit, including all claims and counterclaims, is dismissed with prejudice, with each party to pay its own costs and attorney fees.

DATED this 1st day of February, 2016.

BY THE COURT:

   s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted by:

Gregory C. Scaglione, #19368
Daniel J. Fischer, #22272
Patrice D. Ott, #24435
KOLEY JESSEN P.C., L.L.O.
1125 South 103 Street, Suite 800
Omaha, NE 68124-1079
(402) 390 9500
(402) 390 9005 (facsimile)
Greg.Scaglione@koleyjessen.com
Dan.Fischer@koleyjessen.com
Patrice.Ott@koleyjessen.com

*Attorneys for Plaintiffs.*